1  Gino D. Serpe, SBN 160238
   gino@serpelawfirm.com
2  The Law Office of Gino D. Serpe
   600 West Broadway, Suite 700
3  San Diego, CA 92101
   Telephone: 619-702-2907
4
   Andrew Y. Piatnicia, SBN 174691
5  andy@piatnicialegal.com
   Piatnicia Legal
6  5339 Prospect Rd., No. 194
   San Jose, CA 95129
7  Telephone: 408-641-1747
8  Attorneys for Plaintiff ASUS
   Computer Int'l. and Counterclaim
9  Defendant ASUSTeK Computer Inc.

10            UNITED STATES DISTRICT COURT
11       FOR THE SOUTHERN DISTRICT OF CALIFORNIA
12

13 ASUS COMPUTER            Case No.: **'13 CV 2859 GPC NLS**
14 INTERNATIONAL,
                            [Related to Action Currently Pending in
15      *Plaintiff,*        the Northern District of California Case
                            No.: 3:12-cv-02099-JST]
16      v.
                            **ASUS COMPUTER
17 MICRON TECHNOLOGY, INC., INTERNATIONAL'S AND
                            ASUSTEK COMPUTER INC.'S
18      *Defendant.*        NOTICE OF MOTION IN SUPPORT
                            OF MOTION TO COMPEL
19 ─────────────────────   DOCUMENTS AND TESTIMONY
   IN RE SUBPOENA ISSUED IN: FROM MICRON TECHNOLOGY,
20                          INC.**
21
22 ASUS COMPUTER
   INTERNATIONAL,
23
        *Plaintiff,*
24
        v.
25
   ROUND ROCK RESEARCH, LLC,
26
        *Defendants.*
27
   AND RELATED
28 COUNTERCLAIMS

FILED DEC -3 2013 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

ORIGINAL

To All Parties and their Attorneys of record:

NOTICE IS HEREBY GIVEN that as soon as this matter may be heard before the United States District Court for the Southern District of California, Plaintiff and Counterclaim Defendant ASUS Computer International and Counterclaim Defendant ASUSTeK Computer Inc. (collectively, "ASUS") hereby give notice that, by and through their attorneys, pursuant to Federal Rules of Civil Procedure 30, 34, and 45, will and hereby do move for an order compelling Micron Technology Inc. to provide a more complete production of subpoenaed materials and to supplement its deficient document responses within 14 calendar days of the date of any order resulting from this motion and thereafter make available a corporate witness for deposition. The subpoena was issued and served in this district. This motion is based on this notice of motion, the memorandum of points and authorities, the declaration of Gino D. Serpe, all pleadings and papers on file herein, and any oral argument before the Court, and upon such other matters as may be presented to the court at the time of hearing.

DATED: November 29, 2013

LAW OFFICE OF GINO D. SERPE

By: _____
Gino D. Serpe, Bar No. 160238
Gino@serpelawfirm.com
The Law Office of Gino D. Serpe
501 West Broadway, Suite 800
San Diego, CA 92101
Telephone: 619-702-2907
Facsimile: 619-702-2908

Attorney for Plaintiff
ASUS COMPUTER
INTERNATIONAL and Counterclaim
Defendant ASUSTEK COMPUTER
INC.

1

ASUS' Notice of Motion to Compel
Case No. _____

1

2 <u>**PROOF OF SERVICE**</u>

3     I, Gino D. Serpe, declare:

4     I am a citizen of the United States and employed in San Diego County,

5 California.  I am over the age of eighteen years and not a party to the within-entitled

6 action.  My business address is 600 West Broadway, Suite 700, San Diego,

7 California 92101.  On November 29, 2013, I served a copy of the within

8 document(s):

9     **ASUS COMPUTER INTERNATIONAL'S AND ASUSTEK COMPUTER INC.'S NOTICE OF MOTION IN SUPPORT OF MOTION TO COMPEL**

10 **DOCUMENTS AND TESTIMONY FROM MICRON TECHNOLOGY, INC.**

11

12 by transmitting via e-mail or electronic transmission and U.S. Mail the document(s) above to the person(s) at the e-mail address(es)  and addresses set forth below.

13

| | |
|---|---|
| Andrew Grant Hamill<br>Email: ahamill@bchllp.com<br>Bradford John Black<br>Email: bblack@bchllp.com<br>Peter H. Chang<br>Email: pchang@bchllp.com<br><br>Black Chang & Hamill LLP<br>4 Embarcadero Center<br>Suite 1400<br>San Francisco, CA 94111<br>415-813-6210<br>Fax: 415-813-6222 | Attorneys for<br>Round Rock Research, LLC |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ASUS' Notice of Motion to Compel
Case No. _____

| | |
|---|---|
| Jonas R. McDavit<br>Email:<br>jmcdavit@desmaraisllp.com<br>Lauren M. Nowierski<br>Email:<br>lnowierski@desmaraisllp.com<br>Paul A. Bondor<br>Email:<br>pbondor@desmaraisllp.com<br><br>roundrockpcassertionservice@de<br>smaraisllp.com<br><br>Desmarais LLP<br>230 Park Avenue<br>New York, NY 10169<br>212-351-3400<br>Fax: 212-351-3401 | Attorneys for<br>Round Rock Research, LLC |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 29, 2013, at San Diego, California.

Gino D. Serpe

ASUS' Notice of Motion to Compel
Case No. _____

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| ASUS COMPUTER INTERNATIONAL, and ASUSTek Computer, Inc. | Micron Technology, Inc.          FILED |

**(b)** County of Residence of First Listed Plaintiff   Alameda, California
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Ada, Idaho
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gino D. Serpe
600 West Broadway, Suite 700
San Diego, CA 92101

Attorneys *(If Known)*
Desmarais, LLP
230 Park Avenue
New York, New York 10169

**13 CV 2859 DMS NLS**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☒ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Patent Infringement - 35 USC 101, et. seq. ; 35:145

Brief description of cause:
Patent infringement involving five patents. Motion to Compel Production of Third Party Subpoena.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE  Jon S. Tigar (Northern District of CA)   DOCKET NUMBER  3:12-cv-02099

DATE
11/29/2013

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  57495   AMOUNT  400 —

APPLYING IFP

JUDGE

MAG. JUDGE

MB  11/29/13

DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS057495
Cashier ID: mbain
Transaction Date: 11/29/2013
Payer Name: GINO SERPE
--------------------------------
CIVIL FILING FEE
 For: ASUS COMPUTER V MICRON TECH
 Case/Party: D-CAS-3-13-CV-002859-001
 Amount:        $400.00
--------------------------------
CREDIT CARD
 Amt Tendered:  $400.00
--------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00


There will be a fee of $53.00
charged for any returned check.