UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUS COMPUTER INTERNATIONAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICRON TECHNOLOGY INC., et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-00275-JST<br><br>**ORDER TERMINATING CASE** |

Because the issues in this dispute have been fully resolved, see ECF No. 44, and because the parties have voluntarily dismissed the case from which this dispute arises, see Case No. 12-cv-02099-JST, ECF No. 420, the Court hereby TERMINATES Case No. 14-cv-00275-JST. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 23, 2014



JON S. TIGAR
United States District Judge